JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD J. SPENCER,<br>   Petitioner,<br>  v.<br>WARDEN,<br>   Respondent. | Case No. 14-7840-MMM (KK)<br><br>**JUDGMENT** |

 Pursuant to the Memorandum and Order Denying Extension Request and Summarily Dismissing Action,

 IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated:  10-16-14

             _Margaret M. Morrow_
             HON. MARGARET M. MORROW
             UNITED STATES DISTRICT JUDGE